IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANCIS JOSEPH FISCHER and KAY FISCHER,

    Plaintiffs,

  v.

ASBESTOS COMPANIES, et al.,

    Defendants.

No. C 10-04446 WHA

**ORDER REGARDING STIPULATIONS OF DISMISSAL AND FOR REMAND**

    This action was brought to federal court upon a notice of removal filed by defendant Carrier Corporation, based on an assertion of federal-officer removal jurisdiction. Defendants General Electric Company and John Crane Inc. filed separate joinders in support of removal on the same ground. Plaintiffs have now dismissed defendants Carrier Corporation and General Electric Company. Plaintiffs concurrently request remand of this action to state court. But defendant John Crane Inc. also joined in removal and is still a party. Plaintiffs request for remand is therefore **DENIED**. This order in no way weighs in on the merits of plaintiffs' motion to remand that was pending prior to assignment of this action to the undersigned and which plaintiffs are entitled to renotice pursuant to the reassignment order.

    **IT IS SO ORDERED.**

Dated: November 15, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE